618 A.2d 945

COMMONWEALTH of Pennsylvania, Respondent,

v.

Paul Charbel COURY, a/k/a Paul C. Coury,
a/k/a Paul Coury, Petitioner.

Supreme Court of Pennsylvania.

Jan. 27, 1993.

Reargument Denied March 23, 1993.

## ORDER

PER CURIAM.

The Petition for Allowance of Appeal from the Superior Court and Application to Amend Petition for Allowance of Appeal are hereby granted. The Order of the Superior Court (*Commonwealth v. Coury,* 421 Pa.Superior Ct. 647, 613 A.2d 27 (1992)) is reversed and the matter is remanded for trial. *Commonwealth v. Persinger,* 532 Pa. 317, 615 A.2d 1305 (1992).

## ORDER

March 23, 1993

PER CURIAM.

The Application for Reargument is denied. The Application for Clarification is granted and the order entered in this matter on January 27, 1993, is corrected as follows:

The Petition for Allowance of Appeal from the Superior Court and Application to Amend Petition for Allowance of Appeal are hereby granted. The Order of the Superior Court (*Commonwealth v. Coury*, 702 Pittsburgh 1991, 421 Pa.Superior Ct. 647, 613 A.2d 27 (1992)) is reversed and as to those charges which Petitioner entered either pleas of guilt or *nolo contendere* the matters are remanded for trial. *Commonwealth v. Persinger*, 532 Pa. 317, 615 A.2d 1305 (1992) (J–207–1992 filed November 10, 1992). As to that matter which Petitioner was convicted following a trial by jury (No. CC8701246A), the conviction is affirmed and the same is remanded for resentencing.